02-11-374-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-11-00374-CR

 

 


 
 
 Dewey Charles Behrens
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 THE
 STATE OF TEXAS
 
 
  
 
 
 STATE
 
 


 

 

----------

FROM Criminal
District Court No. 1 OF Tarrant COUNTY

----------

MEMORANDUM
OPINION[1]

----------

          Appellant
Dewey Charles Behrens filed a notice of appeal from the trial court’s pretrial
order denying his special plea of double jeopardy.  The State filed a motion to
dismiss the appeal, arguing that we lack jurisdiction.  We do not have
jurisdiction over an interlocutory appeal from the denial of a special plea of
double jeopardy.  Ex parte Apolinar, 820 S.W.2d 792, 793–94 (Tex.
Crim. App. 1991); White v. State, No. 02-11-00015-CR, 2011 WL 582665, at
*1 (Tex. App.—Fort Worth Feb. 17, 2011, no pet.) (mem. op., not designated for
publication) (“While a criminal defendant may file a special plea in order to
assert a claim of former jeopardy, . . . there is no
statutory provision which grants us jurisdiction to review the denial of a
special plea before a final judgment has been rendered.”).  Accordingly, we grant
the State’s motion to dismiss and dismiss this appeal for want of
jurisdiction.  See Tex. R. App. P. 43.2(f).

 

 

PER CURIAM

 

PANEL: 
MEIER
J.; LIVINGSTON, C.J.; and GABRIEL, J.

 

DO
NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED:  March 1, 2012









[1]See Tex. R. App. P. 47.4.